```
                                              FILED
                                           MAR 31 2006
                                        CLERK, U.S. DISTRICT COURT
                                       EASTERN DISTRICT OF CALIFORNIA
                                       BY_____
                                              DEPUTY CLERK
```

1 McGREGOR W. SCOTT
  United States Attorney
2 STANLEY A. BOONE
  SHEILA K. OBERTO
3 Assistant U.S. Attorneys
  3654 Federal Building
4 1130 "O" Street
  Fresno, California 93721
5 Telephone: (559) 498-7272

6

7         IN THE UNITED STATES DISTRICT COURT FOR THE

8                EASTERN DISTRICT OF CALIFORNIA

9
   IN THE MATTER OF THE       )   S.W. NO: **06SW00087** LJO
10 SEARCHES OF:                )
                               )   **UNDER SEAL**
11 291 N. Maple Avenue         )
   Fresno, California 93702    )   ORDER SEALING SEARCH
12                             )   WARRANT AFFIDAVIT
   115 S. Willow Avenue        )
13 Fresno California 93727     )
                               )
14                             )
   4530 E. Mono Street,        )
15 Fresno California 93702     )
                               )
16                             )
   346 S. Dearing Avenue       )
17 Fresno California 93702     )
                               )
18 820 North Street            )
   Sanger California 93657     )
19                             )
   1638 10th Street            )
20 Sanger California 93657     )
                               )
21                             )
   622 Eastwood Avenue         )
22 Sanger California 93657     )
                               )
23 _____ )

24
25      The United States of America, having applied to this
26 Court, for an Order permitting it to file the search warrant
27 and applicant and affidavit in the above-entitled proceedings,
28 together with its Application to Seal, Memorandum of Points and
   Authorities and the accompanying Declaration of Stanley A.

                                  1

1  Boone, under seal, and good cause appearing therefor,

2  IT IS HEREBY ORDERED that the search warrant affidavit in
3  the above-entitled proceeding, together with the Application To
4  Seal of the United States Attorney and the accompanying
5  Memorandum of Points and Authorities and Declaration of Stanley
6  
7  A. Boone, shall be filed with the Court in camera, under seal
8  and shall not be disclosed pending further order of this court.

9
10
11  DATED: 3-31-06

    LAWRENCE J. O'NEILL
12  U.S. Magistrate Judge
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

1